# ELECTRONIC RECORD

1275-14

COA #  07-13-00186-CR          OFFENSE:  29.02

STYLE:  Eric Uriah Carrillo v. The State of Texas          COUNTY:  Randall

COA DISPOSITION:  AFFIRMED          TRIAL COURT:  181st District Court

DATE: 04/10/2014          Publish: NO          TC CASE #:  23,880-B

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Eric Uriah Carrillo v. The State of Texas          CCA #:  1275-14

_____ APPELLANT'S _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____ REFUSED _____          JUDGE: _____

DATE: _____ NOVEMBER 26, 2014 _____          SIGNED: _____          PC: _____

JUDGE: _____ Per Curiam _____          PUBLISH: _____          DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD